## PALLET CO. v. TRUCK RENTAL, INC.

No. 143 PC

Case below: 49 NC App 286

Petition by defendant for discretionary review under G.S. 7A-31 denied 27 January 1981.


## PIGFORD v. BD. OF ADJUSTMENT

No. 99 PC

Case below: 49 NC App 181

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 January 1981. Appeal dismissed 6 January 1981.


## PMB, Inc. v. ROSENFELD

No. 95 PC

Case below: 48 NC App 736

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 January 1981.


## RUSSELL v. SAM SOLOMAN CO.

No. 104 PC

Case below: 49 NC App 126

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 January 1981.


## SCALLON v. HOOPER

No. 117 PC

Case below: 49 NC App 113

Petition by defendant Caldwell for discretionary review under G.S. 7A-31 denied 27 January 1981.